UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAUNDRA B. DUGUE | CIVIL ACTION |
| VERSUS | NO. 14-2723 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "N" (3) |

ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 26, 2016 (Rec. Doc. No. 24), hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 24th day of March, 2016.

UNITED STATES DISTRICT JUDGE